UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                Plaintiff,

      vs.

STEPHANIE MARIE DEBOER,

                Defendant.

_____/

                **INDICTMENT**

      The Grand Jury charges:

**(Embezzlement and Theft of Union Funds)**

      From in or about 2012, through in or about September 2015, in the Western District of Michigan, Southern Division, the defendant,

**STEPHANIE MARIE DEBOER,**

while employed as office manager and bookkeeper of the International Brotherhood of Electrical Workers (IBEW) Local 876, a labor organization engaged in an industry affecting commerce, did intentionally embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, and other assets of said labor organization in the approximate amount of $307,000.

29 U.S.C. § 501(c)

A TRUE BILL

_____
GRAND JURY FOREPERSON


ANDREW BYERLY BIRGE
Acting United States Attorney

_____
CLAY STIFFLER
Assistant United States Attorney